## Mildred B. Themar, Plaintiff-Appellee, v. John Drais Themar, Defendant-Appellant.

### Gen. No. 48,218.

First District, Third Division.

May 17, 1961.

Irving Goodman and Landon L. Chapman, of Chicago, for appellant; George A. Behiling, Jr., of Chicago, for appellee. Opinion by JUSTICE DEMPSEY. Not to be published in full.